■

[No. 57299-7-I.   Division One.   November 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ELTON COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04159-1, Douglass A. North, J., entered November 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 33679-1-II.   Division Two.   November 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL CHARLES NELSON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated July 17, 2007.

[No. 34408-4-II.   Division Two.   November 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. I.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-8-01002-2, Sally F. Olsen, J., entered January 26, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 24084-3-III.   Division Three.   November 21, 2006.]

THE ESTATE OF ROBERT ALLEN WILLINGHAM ET AL., *Appellants*, v. MID-COLUMBIA MENTAL HEALTH CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-01390-5, Craig J. Matheson, J., entered March 31, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.